**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LINEKER KAMMER, Individually and on behalf of all others similarly situated,** | ) | **CASE NO.  1:19 CV 1861** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | |
| | ) | **JUDGMENT ENTRY** |
| **LEAFFILTER NORTH, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Opinion and Order on Reconsideration filed on January 16, 2020, and pursuant to Federal Rule of Civil Procedure 58, the above-captioned case is hereby DISMISSED WITHOUT PREJUDICE.  The case is closed.

**IT IS SO ORDERED.**

  /s/ Dan A. Polster    January 16, 2020  
**Dan Aaron Polster**
**United States District Judge**

-6-